Rosemary T. McGuire, Esq.   Bar No. 172549

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, Catalina Rodriguez, Jonathan Long, David Wilkin, Larry Hustedde and Mark Salazar

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOE RASCON, | CASE NO. 1:08-CV-01394 OWW GSA |
| Plaintiff, | **STIPULATION AND ORDER MODIFYING SCHEDULING CONFERENCE ORDER AND EXTENDING EXPERT DISCOVERY AND MOTION FILING DEADLINES** |
| vs. | |
| CATALINA RODRIGUEZ; JONATHAN LONG; DAVID WILKIN; LARRY HUSTEDDE; MARK SALAZAR, | |
| Defendants. | Complaint Filed: 09/18/08<br>Trial Date:   April 13, 2010 |

The parties, through their respective counsel, stipulate to extending the following expert discovery and motion filing deadlines as follows:

**Expert Disclosure:** November 13, 2009

**Supplemental Expert Disclosure:** November 25, 2009

**Expert Discovery Cut-off:** December 4, 2009

**Dispositive and Non-Dispositive Motion Filing Deadline:** January 4, 2010

**IT IS SO STIPULATED:**

DATED: October 14, 2009
                              WEAKLEY, ARENDT & McGUIRE, LLP

                              By:    /s/ Rosemary T. McGuire
                                     Rosemary T. McGuire,
                                     Attorney for Defendants

---

Stipulation & Order Extending Expert Discovery

1 | DATED: October 14, 2009           EMERSON, COREY, SORENSEN, CHURCH AND LIBKE

3 |                                          By:     /s/ Rayma Church
4 |                                                  Rayma Church
                                                    Attorney for Plaintiff

7 | IT IS SO ORDERED.

8 | **Dated:   October 15, 2009**                   **/s/ Oliver W. Wanger**
                                                    UNITED STATES DISTRICT JUDGE