Rosemary T. McGuire, Esq.   Bar No. 172549

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710
Telephone: (559) 221-5256
Facsimile:   (559) 221-5262

Attorneys for Defendants, Catalina Rodriguez, Jonathan Long, David Wilkin, Larry Hustedde and Mark Salazar

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOE RASCON,<br><br>   Plaintiff,<br><br>vs.<br><br>CATALINA RODRIGUEZ; JONATHAN LONG; DAVID WILKIN; LARRY HUSTEDDE; MARK SALAZAR,<br><br>   Defendants. | CASE NO. 1:08-CV-01394 OWW GSA<br><br>**STIPULATION AND ORDER MODIFYING SCHEDULING CONFERENCE ORDER AND EXTENDING EXPERT DISCOVERY AND MOTION FILING DEADLINES**<br><br>Complaint Filed: 09/18/08<br>Trial Date:   April 13, 2010 |

The parties intend to explore resolution of this case and have agreed to extend discovery dates to avoid incurring additional costs of litigation.  The parties, through their respective counsel, agree that the pending discovery dispute can be resubmitted to Magistrate Judge Gary Austin for resolution should the case not resolve at or before the settlement conference scheduled for December 16, 2009, at 10:30 a.m.  The parties further stipulate to extend the following expert discovery and motion filing deadlines as follows:

**Expert Disclosure:** December 31, 2009

**Supplemental Expert Disclosure:** January 8, 2010

**Expert Discovery Cut-off:** January 22, 2010

**Dispositive and Non-Dispositive Motion Filing Deadline:** February 5, 2010

///

///

Stipulation & Order Extending Expert Discovery

1  **IT IS SO STIPULATED:**

2  

3  DATED: November 9, 2009                WEAKLEY, ARENDT & McGUIRE, LLP

4  

5                                         By:    /s/ Rosemary T. McGuire
                                                 Rosemary T. McGuire,
6                                                Attorney for Defendants

7  DATED: November 9, 2009                EMERSON, COREY, SORENSEN, CHURCH AND LIBKE

8  

9                                         By:    /s/ Rayma Church
                                                 Rayma Church
10                                               Attorney for Plaintiff

11

12

13  IT IS SO ORDERED.

14  **Dated:   November 9, 2009**                    **/s/ Oliver W. Wanger**
                                                    UNITED STATES DISTRICT JUDGE