Rosemary T. McGuire, Esq.   Bar No. 172549

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, Catalina Rodriguez, Jonathan Long, David Wilkin,
Larry Hustedde and Mark Salazar

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOE RASCON, | CASE NO. 1:08-CV-01394 OWW GSA |
| Plaintiff, | **STIPULATION AND ORDER MODIFYING SCHEDULING CONFERENCE ORDER AND EXTENDING EXPERT DISCOVERY AND MOTION FILING DEADLINES** |
| vs. | |
| CATALINA RODRIGUEZ; JONATHAN LONG; DAVID WILKIN; LARRY HUSTEDDE; MARK SALAZAR, | |
| Defendants. | Complaint Filed: 09/18/08<br>Trial Date:   April 13, 2010 |

The parties engaged in a settlement conference with Magistrate Judge Dennis Beck on December 16, 2009 are currently exploring resolution of this case.  Plaintiff's settlement demand is being submitted to Fresno City Council on January 14, 2010.  In light of this, the parties have agreed to extend discovery dates to avoid incurring additional costs of litigation.

The parties, through their respective counsel, agree that the pending discovery dispute can be resubmitted to Magistrate Judge Gary Austin for resolution should the case not resolve by January 18, 2010. The parties further stipulate to extend the following expert discovery and motion filing deadlines as follows:

**Expert Disclosure:** January 29, 2010

**Supplemental Expert Disclosure:** February 12, 2010

**Expert Discovery Cut-off:** February 26, 2010

**Dispositive and Non-Dispositive Motion Filing Deadline:** March 5, 2010

**IT IS SO STIPULATED:**

DATED: December 23, 2009

WEAKLEY, ARENDT & McGUIRE, LLP

By:   /s/ Rosemary T. McGuire
      Rosemary T. McGuire,
      Attorney for Defendants

DATED: December 23, 2009

EMERSON, COREY, SORENSEN, CHURCH AND LIBKE

By:   /s/ Rayma Church
      Rayma Church
      Attorney for Plaintiff

IT IS SO ORDERED.

**Dated:  December 23, 2009**         **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE