| | |
|---|---|
| 1 | Rosemary T. McGuire, Esq.   Bar No. 172549 |
| 2 | WEAKLEY, ARENDT & McGUIRE, LLP |
|   | 1630 East Shaw Avenue, Suite 176 |
| 3 | Fresno, California  93710 |
|   | Telephone: (559) 221-5256 |
| 4 | Facsimile:  (559) 221-5262 |
| 5 | Attorneys for Defendants, Catalina Rodriguez, Jonathan Long, David Wilkin, Larry Hustedde and Mark Salazar |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOE RASCON, | ) | CASE NO. 1:08-CV-01394 OWW GSA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATED DISMISSAL** |
| | ) | **AND ORDER** |
| CATALINA RODRIGUEZ; JONATHAN LONG; DAVID WILKIN; LARRY HUSTEDDE; MARK SALAZAR, | ) ) ) | |
| | ) | Trial Date:  April 13, 2010 |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to this action, through their attorney's of record, stipulate to dismissal of the entire action, with prejudice, all parties to bear their own costs and attorney's fees.

DATED: February 16, 2010

                                                WEAKLEY, ARENDT & McGUIRE, LLP

                                                By:     /s/   Rosemary T. McGuire
                                                        Rosemary T. McGuire
                                                        Attorney for Defendants, Catalina
                                                        Rodriguez, Jonathan Long, David
                                                        Wilkin, Larry Hustedde and Mark Salazar

---

Stipulated Dismissal and Order

DATED: February 16, 2010

                                EMERSON, COREY, SORENSEN, CHURCH AND LIBKE

                        By:    /s/ Rayma Church
                                Rayma Church
                                Attorney for Plaintiff

IT IS SO ORDERED.

**Dated:   February 16, 2010**                 **/s/ Oliver W. Wanger**
                                                  UNITED STATES DISTRICT JUDGE